AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Anand, Justin S. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>75 Spring St., SW<br>Atlanta, GA 30303 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Executor/Trustee of estate (no reportable assets in estate) | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 2004 | 401(k) retirement plan for employees of former law firm (Cleary, Gottlieb, Steen & Hamilton), which is maintained by Fidelity |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution/ Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Tuition agreement | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Checking Account | A | Interest | J | T | | | | | |
| 2. Bank deposit program, Morgan Stanley Smith Barney ("MSSB") | A | Interest | J | T | | | | | |
| 3. Wells Fargo cash account (IRA) | A | Interest | J | T | | | | | |
| 4. Citibank MLD, held at MSSB | A | Interest | | | Redeemed | 11/27/12 | J | | |
| 5. Citigroup Funding Inc. (MSSB) | A | Interest | K | T | | | | | |
| 6. Nuveen Georgia Muni Bond Fund (MSSB) | C | Int./Div. | N | T | Buy (add'l) | 1/3/12 | K | | |
| 7. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 8. | | | | | Buy (add'l) | 7/23/12 | J | | |
| 9. Cohen & Steers Realty Income (MSSB) | C | Dividend | L | T | | | | | |
| 10. Eaton Vance LTD Duration (MSSB) | A | Dividend | J | T | | | | | |
| 11. Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Distribution | J | T | | | | | |
| 12. First Eagle Global Fund (MSSB) | B | Distribution | L | T | Buy (add'l) | 1/4/12 | K | | |
| 13. Legacy Reserves LP Units | A | Distribution | J | T | | | | | |
| 14. Legg Mason Clearbridge Aggressive Growth (MSSB) | A | Distribution | J | T | | | | | |
| 15. Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Distribution | J | T | | | | | |
| 16. LM CBA Equity Income Builder (MSSB) | A | Dividend | J | T | | | | | |
| 17. Legg Mason Clearbridge Large Cap Growth | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbot Short Duration Income Fund (MSSB) | B | Dividend | M | T | Sold (part) | 4/12/12 | J | A | |
| 19. | | | | | Buy (add'l) | 1/27/12 | K | | |
| 20. | | | | | Buy (add'l) | 7/23/12 | J | | |
| 21. PIMCO Commodity Real Return Strategy Fund (MSSB) | A | Dividend | J | T | | | | | |
| 22. Powershares QQQ Tr (MSSB) | A | Dividend | J | T | | | | | |
| 23. Safety First Trust CTF | A | Distribution | | | Redeemed | 7/11/12 | J | | |
| 24. SPDR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 25. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 26. Vanguard Total Stock Mkt ETF (MSSB) | A | Dividend | J | T | | | | | |
| 27. Clearbridge Energy MLP Fd (MSSB) | A | Distribution | K | T | | | | | |
| 28. Vanguard Wellington Fund | A | Dividend | J | T | | | | | |
| 29. Vanguard Index Trust 500 | A | Dividend | J | T | | | | | |
| 30. Vanguard Morgan Growth Fd | A | Dividend | J | T | | | | | |
| 31. Weatherford International Ltd | | None | J | T | | | | | |
| 32. Fidelity Asset Mgr 85% Fund | A | Int./Div. | K | T | | | | | |
| 33. Fidelity Blue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 34. Fidelity Diversified Int'l Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab S&P 500 Index | C | Dividend | M | T | | | | | |
| 36. Goldman Sachs Small Cap Value Inst | A | Dividend | K | T | | | | | |
| 37. JP Morgan Mid Cap Value Inst. Fund (Schwab) | B | Dividend | L | T | | | | | |
| 38. American Funds EuroPacific Fund | B | Dividend | L | T | | | | | |
| 39. PIMCO total return | B | Dividend | K | T | | | | | |
| 40. Olstein All Cap Value | | None | | | Sold | 1/03/12 | K | | |
| 41. Alliance Bernstein Funds Large Cap Growth (Wells Fargo IRA) | | None | J | T | | | | | |
| 42. Wells Fargo Large Cap Growth Funds (WFLNX) (IRA) | A | Dividend | J | T | | | | | |
| 43. Wells Fargo Small/Mid Cap Fund (SOPFX) (IRA) | A | Dividend | J | T | | | | | |
| 44. TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc Acc't 1 | C | Int./Div. | K | T | Buy (add'l) | 9/18/12 | J | | |
| 45. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 46. TIAA-CREF Georgia 529 Plan Mgd Alloc Acc't 2 | C | Int./Div. | K | T | Buy (add'l) | 05/08/12 | J | | |
| 47. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 48. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 49. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 50. Southern Co. | A | Dividend | J | T | | | | | |
| 51. TIAA Traditional Fixed income fund | | None | | | Sold | 4/23/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA Real Estate fund | | None | | | Sold | 4/23/12 | J | A | |
| 53. CREF stock fund | | None | | | Sold | 4/23/12 | J | A | |
| 54. CREF Bond Market | | None | | | Sold | 4/23/12 | J | A | |
| 55. CREF Equity Index | | None | | | Sold | 4/23/12 | J | A | |
| 56. Pengrowth Energy Corp | | None | | | Sold | 4/19/12 | J | A | |
| 57. Nelson Mullins Defined Benefit Plan | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The asset that I listed in line no. 4 of my prior disclosure (alger larger cap growth fund) was disposed of in 2011 and thus is not reportable here.

The bank accounts that I listed in lines 50-52 of my prior disclosure have either been closed or have unreportable balances and therefore are not reportable on this report.

The asset that I listed in line no. 39 of this report (Pimco Total Return fund) was inadvertently omitted from my prior report.

I maintain two TIAA-CREF Georgia 529 educational savings account. These were listed on my prior disclosure on lines 41 and 42 and are now listed in this report on lines 44 and 46. I was advised to change the name on the report to not include numbers, so I changed the reporting to refer to the accounts as acc't 1 and acc't 2. The account listed here as acc't 1 (line 44) is the same as the one I disclosed on line 41 of my prior report. The account listed here as acc't 2 (line 46) is the same as the account disclosed on the prior report on line 42.

The asset that I listed in line no. 57 of this report (Nelson Mullins Defined Benefit Plan) was inadvertently omitted from my prior report. This is a defined benefit pension plan for ▓▓▓▓ employment for which ▓ lacks authority to direct any investments. We have not received any statement for 2012 at this time and we generally do not receive any statement that details fund performance except insofar as it shows an overall increase or decrease to account balance.

The asset that I listed in line no. 3 of this report (Wells Fargo cash account (IRA)) was inadvertently omitted from my prior report

The asset that I reported on line 37 of my prior report and line 40 of this report (Olstein All Cap Value fund) requires some explanation. As I reported on this report, that asset was entirely sold in January 2012 for the gross value disclosed on this report (although no gain is reported because I realized a net loss on the transaction). In my prior report I was advised that I was exempted from reporting the sale because it was my initial report. Instead, to indicate that the asset had been disposed of during that reporting period, I a (y) modifier on my prior report. I am now advised that although I correctly omitted the transaction from my prior report, my use of the (y) modifier on my prior report was erroneous.

The assets listed on this report on lines 51-56 were assets of another ▓▓▓ member for which I very briefly had signature authority before the assets were liquidated. I am not aware and have no documents that reveal to me if any income or distributions were generated during the brief period that they constituted reportable assets.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Anand, Justin S. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544